JACKSON LEWIS P.C.
DALE R. KUYKENDALL (SBN 148833)
SIERRA VIERRA (SBN 307874)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email: kuykendd@jacksonlewis.com
        sierra.vierra@jacksonlewis.com

Attorneys for Defendants
SITOA BOARD MEMBERS (ASIF MEHMOOD,
FARHAD MUHAIUDIN, MOHAMMAD
HAWARNEH, MUSHTQ A. KING, ZAHID KHAN)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM SHARMA,<br><br>            Plaintiff,<br>      v.<br><br>SITOA BOARD MEMBERS (ASIF MEHMOOD, FARHAD MUHAIUDIN, MOHAMMAD HAWARNEH, MUSHTQ A. KING, ZAHID KHAN),<br><br>            Defendants. | CASE NO. _____<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**28 U.S.C. §§ 1331, 1441(a), 1446 FEDERAL QUESTION JURISDICTION**<br><br>Complaint Filed:    04.03.19<br>Trial Date:          None Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendants SITOA BOARD MEMBERS (ASIF MEHMOOD, FARHAD MUHAIUDIN, MOHAMMAD HAWARNEH, MUSHTQ A. KING, ZAHID KHAN) ("Defendants") hereby remove the below referenced action from the Superior Court in the State of California for the County of Sacramento to the United States District Court for the Eastern District of California, Sacramento Division.  The removal is based on 28 U.S.C. §§ 1331, 1441(a), and 1446, and, specifically, on the following grounds:

1.      On or about April 3, 2019, Plaintiff BIKRAM SHARM ("Plaintiff") filed an action in the Superior Court of the State of California, in and for the County of Sacramento, *entitled BIKRAM SHARMA v. SITOA BOARD MEMBERS (ASIF MEHMOOD, FARHAD MUHAIUDIN,*

1

*MOHAMMAD HAWARNEH, MUSHTQ A. KING, ZAHID KHAN)*, Case No. 34-2019-00253854. True and correct copies of the Summons and Complaint (hereinafter "Complaint"), are attached hereto as **EXHIBIT A.**

2.      Plaintiff's Complaint purports to allege a cause of action against Defendants for Wrongful Termination in violation of the Civil Rights Act of 1964.  **EXHIBIT A, Page 5, Para. (m).**

3.      On May 14, 2019 Plaintiff personally served a copy of the Summons and Complaint on Defendants.

4.      Defendants are informed and believe that the aforementioned exhibit constitutes all of the process, pleadings, and orders on file in the State Court action.

5.      This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and the action is removable pursuant to 28 U.S.C. § 1441(a) because the action involves alleged violations of the laws of the United States.  Specifically, this action involves alleged violations of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 *et seq*.  **EXHIBIT A, Page 5, Para. (m).**

6.      This Notice of Removal is filed within thirty days after Defendants were served with a copy of the Summons and Complaint in this case.  This Notice therefore is filed within the time period provided by 28 U.S.C. § 1446(b).

7.      Venue lies in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1391(b) and 1441(a) because this is the judicial district in which the action arose, and the state action was filed in this district.

WHEREFORE, Defendants pray that the above action now pending against them in the Superior Court of the State of California, County of Sacramento, be removed to this Court.

Dated: June 12, 2019                     JACKSON LEWIS P.C.

By: */s/ Dale R. Kuykendall*
     DALE R. KUYKENDALL
     SIERRA VIERRA

Attorneys for Defendants
SITOA BOARD MEMBERS (ASIF MEHMOOD, FARHAD MUHAIUDIN, MOHAMMAD HAWARNEH, MUSHTQ A. KING, ZAHID KHAN)

2

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action; my business address is 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On June 12, 2019, I served the foregoing document described as:

### DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

Bikram Sharma
3547 Loggerhead Way
Sacramento, CA  95834
Telephone:     916.505.8294
Email: Bsharma_02@yahoo.com

*PLAINTIFF IN PRO SE*

**[X]      BY MAIL -** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth above.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

**[X]      STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 12, 2019, at Sacramento, California.

*/s/ Tami J. Martinelli*
Tami J. Martinelli

Proof of Service