UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM SHARMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SITOA BOARD MEMBERS (ASIF MEHMOOD, FARHAD MUHAIUDIN, MOHAMMAD HAWARNEH, MUSHTQ A. KING, ZAHID KHAN),<br><br>　　　　Defendants. | No. 2:19-cv-1070-JAM-EFB PS<br><br>ORDER |

On February 5, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 5, 2020, are ADOPTED;
2. Plaintiff's motion to remand (ECF No. 6) is denied;
3. Defendants' motion to dismiss (ECF No. 4) is granted and plaintiff's complaint is dismissed without leave to amend; and
4. The Clerk is directed to close the case.

DATED: March 24, 2020

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE